UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60768-CIV-MARRA

PETER CASTAGNA,

Magistrate Judge Seltzer

Plaintiff,

vs.

**CLOSED CIVIL CASE**

DANIEL BRITO and PAUL WILLIAMS,

Defendants.

_____/



FILED by _____ D.C.

JUN 1 6 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### FINAL SUMMARY JUDGMENT FOR DEFENDANT

THIS CAUSE is before the Court upon the separately entered order granting Defendants'

Motion for Summary Judgment.  Accordingly it is **ORDERED AND ADJUDGED** as follows:

1.  Judgment is hereby entered on behalf of Defendants, Daniel Brito and Paul Williams, and

    against the Plaintiff, Peter Castagna, and Plaintiff shall take nothing from Defendants in

    this action;

2.  Any remaining pending motions are hereby **DENIED as moot**;

3.  The Clerk may close this case.

DONE AND SIGNED in Chambers at Fort Lauderdale, Broward County, Florida, this

_16th_ day of ~~May~~ JUNE, 2003.

_____

KENNETH A. MARRA
United States District Judge

Copies furnished to:

Matthew Bavaro, Esq.
Fax: 954-423-9465

Richard McDuff, Esq.
Fax: 954-463-2444

64