UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-60768-CIV-MARRA

PETER CASTAGNA,

    Plaintiff,

Magistrate Judge Seltzer

vs.

DANIEL BRITO and PAUL WILLIAMS,

    Defendants.
_____/

FILED by ___ D.C.

MAR - 4 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## FINAL JUDGMENT TAXING COSTS

THIS CAUSE came on before the Court upon Defendants' Motion to Tax Costs. For the reasons expressed in this Court's Order granting the motion, separately entered today, it is

**ORDERED AND ADJUDGED** as follows:

1. Judgment for costs is hereby entered in favor of the defendants, Daniel Brito and Paul Williams, and against the plaintiff, Peter Castagna, and the defendants shall recover a total of $5,465.06 plus interest thereon at the rate of 1.22% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of March, 2004.

KENNETH A. MARRA
United States District Judge

copies to:

Matthew Bavaro, Esq.
Fax: 954-423-9465

Richard McDuff, Esq.
Fax: 954-463-2444

